

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Austin Kyle Harris,

\* From the 318th District Court
of Midland County,
Trial Court No. FM72936.

Vs. No. 11-24-00187-CV

\* July 18, 2024

Sydney Michaela Harris,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Austin Kyle Harris's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Austin Kyle Harris.